# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Richie Pinkley,

    Plaintiff,

v.

Marty C. Anderson, Warden,

    Defendant.

Civil No. 06-cv-4157 (PAM/JJG)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Marty C. Anderson's Motion for Summary Judgment (Doc. No. 19) is GRANTED.

2. Plaintiff Richie Pinkley's Motion for Summary Judgment (Doc. No. 26) is DENIED.

3. Plaintiff Richie Pinkley's Motion for an Injunction (Doc. No. 38) is DENIED.

4. Plaintiff Richie Pinkley's Motion to Appoint Counsel (Doc. No. 35) is DENIED.

5. This case is DISMISSED WITH PREJUDICE.

Dated: September 17, 2007

    s/ Paul A. Magnuson
    Paul A. Magnuson
    Judge, U.S. District Court