UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Richie Pinkley, <br><br> Plaintiff, <br><br> vs. <br><br> Marty Anderson, in his official capacity, The Federal Bureau of Prisons, <br><br> Defendants. | Civil File No. 06-CV-4157 (PAM/JJG) <br><br> **ORDER FOR DISMISSAL** |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that this action, including all claims and causes of action, is dismissed without prejudice in its entirety. The parties agree and stipulate that no costs shall be awarded pursuant to Rule 41(d).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July   13  , 2009.                    BY THE COURT:


                                             s/Paul A. Magnuson
                                             Paul A. Magnuson, Judge
                                             United States District Court